IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE RAMON SANTIAGO,<br><br>             Petitioner,<br><br>      vs.<br><br>MATTHEW C. KRAMER,<br><br>             Respondent.<br>_____/ | 1:08-cv-00366-LJO-TAG-(HC)<br><br>ORDER GRANTING PETITIONER'S MOTION FOR EXTENSION OF TIME TO FILE A RESPONSE TO DEFENDANT'S MOTION TO DISMISS<br><br>(Doc. 9)<br><br>THIRTY DAY DEADLINE |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On July 29, 2008, Petitioner filed a motion to extend time to file a response to Respondent's motion to dismiss. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Petitioner is granted thirty days from the date of service of this order in which to file a response to Respondent's motion to dismiss.

IT IS SO ORDERED.

Dated:  **August 4, 2008**                                    **/s/ Theresa A. Goldner**
                                                                                     UNITED STATES MAGISTRATE JUDGE