IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE RAMON SANTIAGO,<br><br>　　　　Petitioner,<br><br>　　vs.<br><br>MATTHEW C. KRAMER,<br><br>　　　　Respondent.<br>_____/ | 1:08-cv-00366-LJO-TAG (HC)<br><br>ORDER GRANTING PETITIONER'S SECOND MOTION FOR EXTENSION OF TIME TO FILE AN OPPOSITION TO RESPONDENT'S MOTION TO DISMISS<br><br>(Doc. 11)<br><br>THIRTY DAY DEADLINE |

　　　　Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On August 29, 2008, Petitioner filed a second motion to extend time to file an opposition to Respondent's motion to dismiss. (Doc. 11). This is Petitioner's second request for an extension of time to file an opposition. (Docs. 9, 11).

　　　　Petitioner's motion asserts three grounds for a further extension of time. First, he was recently released from administrative segregation and has been unable to go to the prison law library or anywhere else except his cell. Second, he needs time to obtain copies of cases cited in Respondent's motion. Third, he has limited knowledge of the law.

　　　　Administrative segregation is a punishment for violating prison rules. The fact that Petitioner has been in administration segregation indicates that he is not a model prisoner, and the consequences of administrative segregation do not amount to good cause for an extension of time to file a pleading. Petitioner's lack of legal expertise likewise does not constitute good cause for an extension. Nevertheless, because Respondent has not objected to Petitioner's request for a further extension of time and will not be prejudiced if one is granted, the Court

-1-

1 | will grant Petitioner's second request for an extension of time to file an opposition to the
2 | motion to dismiss.
3 |     Accordingly, the Court makes the following orders:
4 |     1.  Petitioner is granted thirty (30) days from the date of service of this order in which to
5 | file an opposition to the motion to dismiss; and
6 |     2. No further extensions of time will be granted without a showing of good
7 | cause/extraordinary circumstances.

9 | IT IS SO ORDERED.
10 | Dated:   **September 12, 2008**                    /s/ Theresa A. Goldner
                                                      UNITED STATES MAGISTRATE JUDGE